[Nos. 21916-0-III; 22251-9-III. Division Three. February 24, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. JUAN LUIS ALEJO BLANCAS, *Appellant*.

*In the Matter of the Personal Restraint of* JUAN LUIS ALEJO BLANCAS, *Petitioner*.

Appeal from a judgment of the Superior Court for Grant County, No. 02-1-00899-5, Evan E. Sperline, J., entered February 19, 2003, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *denied* by unpublished opinion per Kurtz, J., concurred in by Kato, C.J., and Brown, J.

[No. 22043-5-III. Division Three. February 24, 2005.]

*In the Matter of the Detention of* JANE SULLIVAN, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 03-6-00096-9, Robert W. Inouye, J. Pro Tem., entered April 4, 2003. *Dismissed* by unpublished opinion per Kato, C.J., concurred in by Schultheis and Kurtz, JJ.

[No. 22438-4-III. Division Three. February 24, 2005.]

KARYL KIMBERLY SAGER, *Individually and as Personal Representative*, ET AL., *Appellants*, v. SPOKANE COUNTY ET AL., *Defendants*, K.C. CONSTRUCTION, INC., *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 01-2-02556-7, Salvatore F. Cozza, J., entered October 2, 2003. *Affirmed* by unpublished opinion per Kurtz, J., concurred in by Kato, C.J., and Schultheis, J.